JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Maria Pacheco,<br><br>    Plaintiff,<br><br>  vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00110-NONE-BAM<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

   IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 35-day extension of time, from October 27, 2021 to December 1, 2021, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

   This is Plaintiff's second request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the

three other California Districts, each of which require settlement negotiations or merit briefing. Counsel has a greater than usual number of merit briefs due in October and November 2021. Thus, Counsel is requesting an extension through December 1, 2021 to accommodate increase in the case load. For the week of October 25, 2021, Counsel has nine merit briefs due. Counsel also has four administrative hearings before the Office of Hearings Operations. After that and for the remainder of November, Counsel has over 15 merit briefs, several letter briefs, and replies, and over 15 administrative hearings.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the months of October and November.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving holidays. Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter. Defendant does not oppose the requested extension. Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: October 19, 2021          PENA & BROMBERG, ATTORNEYS AT LAW


By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff


Dated: October 19, 2021          PHILLIP A. TALBERT
                                 Acting United States Attorney
                                 DEBORAH LEE STACHEL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Regional Chief Counsel, Region IX
Social Security Administration


By: *<u>*/s/ Margaret Lehrkind*</u>
    Margaret Lehrkind
    Special Assistant United States Attorney
    Attorneys for Defendant
    (*As authorized by email on October 19, 2021)

# **ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court HEREBY GRANTS the request. Plaintiff shall file her opening brief no later than December 1, 2021. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **October 21, 2021**          /s/ *Barbara A. McAuliffe*
                                       UNITED STATES MAGISTRATE JUDGE