JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
2440 Tulare St., Suite 320
Fresno, CA  93721
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Maria Pacheco,<br><br>    Plaintiff,<br><br>    vs.<br><br>Kilolo Kijakazi, Acting Commissioner of Social Security,<br><br>    Defendant. | Case No. 1:21-cv-00110-NONE-BAM<br><br>STIPULATION AND ORDER FOR THIRD EXTENSION OF TIME FOR PLAINTIFF TO FILE OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 45-day extension of time, from December 1, 2021 to January 18, 2022, for Plaintiff to serve on defendant with PLAINTIFF'S OPENING BRIEF.  All other dates in the Court's Scheduling Order shall be extended accordingly.

This is Plaintiff's third request for an extension of time.  Good cause exists for this extension.  Counsel has recently received a greater number of Answers and Certified Administrative Records from defendant in cases in this district, and the

1

three other California Districts, each of which require settlement negotiations or merit briefing.  Counsel has a greater than usual number of merit briefs due in December 2021.  For the weeks of November 22, 2021 and November 29, 2021, Counsel has seven merit briefs, several reply and settlement letters.  Counsel also has 16 administrative hearings before the Office of Hearings Operations.  For the remainder of December 2021, Counsel has 16 merit briefs scheduled due.

Counsel has also received an increase in the number of AC denials which require a review for possible filing in US District Court.  Lastly, Counsel has end of the year business reviews to conduct as the CEO of Peña & Bromberg, PC.

Due to the increase in certified administrative records being filed by defendant, Counsel for Plaintiff has a larger than usual number of briefs due for the month of December 2021.

Compounding the issue of an increased number of merit briefs due, Counsel has preplanned vacation days for the Thanksgiving and Christmas holidays.  Counsel respectfully requests the Court granted the requested extension.

Counsel for the Plaintiff does not intend to further delay this matter.  Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

Respectfully submitted,

Dated: November 17, 2021        PENA & BROMBERG, ATTORNEYS AT LAW

By: */s/ Jonathan Omar Pena*
     JONATHAN OMAR PENA
     Attorneys for Plaintiff

Dated: November 17, 2021        PHILLIP A. TALBERT
                                Acting United States Attorney

2

```
                    DEBORAH LEE STACHEL
                    Regional Chief Counsel, Region IX
                    Social Security Administration


               By:  */s/ Margaret Lehrkind
                    Margaret Lehrkind
                    Special Assistant United States Attorney
                    Attorneys for Defendant
                    (*As authorized by email on December 17, 2021)
```

# **ORDER**

Pursuant to the Parties' stipulation, and good cause appearing, the Court HEREBY GRANTS the request. Plaintiff shall file her opening brief no later than January 18, 2022. All other dates in the Court's Scheduling Order (Doc. No. 5.) shall be extended accordingly.
IT IS SO ORDERED.

Dated:   **November 20, 2021**              /s/ *Barbara A. McAuliffe*
                                          UNITED STATES MAGISTRATE JUDGE