PHILLIP A. TALBERT
United States Attorney
PETER K. THOMPSON (HI 5890)
Acting Regional Chief Counsel
MARGARET LEHRKIND, CSBN 314717
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4829
    Facsimile: (415) 744-0134
Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| LINDA MARIA PACHECO,<br><br>       Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>       Defendant.[1] | No. 1:21-cv-00110-JLT-BAM<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |

      IT IS HEREBY STIPULATED, by and between Linda Pacheco (Plaintiff) and Kilolo

Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective

counsel of record, that, with the Court's approval, Defendant shall have an extension of time of

sixty (60) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

for an extension on her Response to Plaintiff's Opening Brief.  The current due date is February 17, 2022. The new date will be April 18, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule. Defendant's counsel has seventy-one other active cases in various stages of litigation and 26 responsive briefs due in the next 60 days including one Ninth Circuit answering brief. Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: February 8, 2022

*/s/ Jonathan Omar Pena*
JONATHAN OMAR PENA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: February 8, 2022         By     *s/ Margaret Lehrkind*
MARGARET LEHRKIND
Special Assistant United States Attorney

Attorneys for Defendant

///
///
///
///
///
///
///
///
///
///
///
///

2

1

2

## **ORDER**

3

4

      Pursuant to the parties' request, and for good cause shown, IT IS SO ORDERED that

5

Defendant shall have an extension, up to and including April 18, 2022, to respond to Plaintiff's

6

Motion for Summary Judgment. All other dates in the Court's Scheduling Order (Doc. No. 5.)

7

shall be extended accordingly.

8

IT IS SO ORDERED.

9

    Dated:   **February 9, 2022**              /s/ *Barbara A. McAuliffe*

10

                                       UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28