JONATHAN O. PENA, ESQ.
CA Bar ID No. 278044
Peña & Bromberg, PLC
3467 W. Shaw Ave., Ste 100
Fresno, CA  93711
Telephone: 559-412-5390
Fax: 866-282-6709
info@jonathanpena.com
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Linda Maria Pacheco,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Carolyn Colvin, COMMISIONER OF SOCIAL SECURITY[1],<br><br>　　　　Defendant. | Case No. 1:21-cv-00110-JLT-BAM<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR EXTENSION OF TIME |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties through their respective counsel of record, with the Court's approval, that Plaintiff shall have a 14-day extension of time, from December 27, 2024 to January 10, 2025, for Plaintiff to serve on defendant with PLAINTIFF'S

---

[1] Carolyn Colvin became the Commissioner of Social Security on November 30, 2024. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn Colvin should be substituted for Martin O'Malley as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

OBJECTIONS TO FINDINGS AND RECOMMENDATIONS.  All other dates in the Court's Scheduling Order shall be extended accordingly.

     This is Plaintiff's fourth request for an extension of time.  Plaintiff respectfully states that the requested extension is necessary due several merit briefs being due on the same week. For the weeks of December 23, 2024 and December 30, 2024, Plaintiff's Counsel has three merit briefs due as well as the holidays. Counsel requires additional time to brief the issues thoroughly for the Court's consideration. Defendant does not oppose the requested extension.  Counsel apologizes to the Defendant and Court for any inconvenience this may cause.

                                   Respectfully submitted,

Dated: December 27, 2024     PENA & BROMBERG, ATTORNEYS AT LAW

                               By: */s/ Jonathan Omar Pena*
                                   JONATHAN OMAR PENA
                                   Attorneys for Plaintiff

Dated: December 27, 2024     PHILLIP A. TALBERT
                                   United States Attorney
                                   MATHEW W. PILE
                                   Associate General Counsel
                                   Office of Program Litigation
                                   Social Security Administration

                               By: **/s/ Caspar I. Chan*
                                   Caspar I. Chan
                                   Special Assistant United States Attorney
                                   Attorneys for Defendant
                                   (*As authorized by email on December 27, 2024)

## **ORDER**

Pursuant to stipulation, and cause appearing, Plaintiff shall have a 14-day extension of time, from December 27, 2024 to January 10, 2025, to file Objections to the Findings and Recommendations.

IT IS SO ORDERED.

Dated: **December 27, 2024**          /s/ *Barbara A. McAuliffe*
                                                              UNITED STATES MAGISTRATE JUDGE